FILED

02/19/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0455

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0455

_____

MITCHELL MCBROOM and BARBARA
LEWIS-BACA,

     Petitioners and Appellants,

    v.

MONTANA BOARD OF PERSONNEL
APPEALS and MISSOULA URBAN
TRANSPORTATION DISTRICT,

     Respondents and Appellees.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jason Marks, District Judge.

For the Court,

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
February 19 2025